# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GOMEZ,<br>Petitioner,<br>v.<br>ST. ANDRE, Warden,<br>Respondent. | Case No. 2:25-cv-07048-MRA-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DENYING the Petition and DISMISSING the action WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 23, 2026

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE