JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN GOMEZ,<br>Petitioner,<br>v.<br>ST. ANDRE, Warden,<br>Respondent. | Case No. 2:25-cv-07048-MRA-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED WITH PREJUDICE.

DATED: November 23, 2026

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE